Case 4:15-cv-00102-A   Document 21   Filed 01/27/16   Page 1 of 2   PageID 798

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 27 2016

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DONNA MARIE DAY, § § Plaintiff, § § VS. § CAROLYN W. COLVIN, ACTING § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § Defendant. § | NO. 4:15-CV-102-A |

ORDER

Came on for consideration the above-captioned action wherein Donna Marie Day is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits. On January 8, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until January 22, 2016, in which to file and serve any written objections thereto. No objections were timely filed.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on November 30, 2012, plaintiff, Donna Marie Day, is not disabled under section 216(i) or 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED January 27, 2016.

_____
JOHN McBRYDE
United States District Judge